FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2012

No. 04-12-00763-CV

**RAJASEKHAR BORRA M.D. AND INPATIENT CONSULTANTS OF TEXAS P.L.L.C.,**
Appellants

v.

Rachael **HERNANDEZ,** Individually and on behalf of The Estate of Ricardo Hernandez Jr.
Deceased, Ricardo Hernandez III, Tanya A. Hernandez, Roxanne H. Hernandez, Katherine A.
Young and Rachael Lee Hernandez,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-01562
John D. Gabriel Jr., Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is GRANTED IN PART to November 29, 2012. *See* TEX. R. APP. P. 35.3(c) (2012 amendment provides each extension of time to file a record in an accelerated appeal must not exceed 10 days).

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2012.

Keith E. Hottle, Clerk



FILE COPY

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

November 26, 2012

No. 04-12-00763-CV

**RAJASEKHAR BORRA M.D. AND INPATIENT CONSULTANTS OF TEXAS P.L.L.C.,**
Appellants

v.

Rachael **HERNANDEZ,** Individually and on behalf of The Estate of Ricardo Hernandez Jr.
Deceased, Ricardo Hernandez III, Tanya A. Hernandez, Roxanne H. Hernandez, Katherine A.
Young and Rachael Lee Hernandez,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-01562
John D. Gabriel Jr., Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is GRANTED IN PART to November 29, 2012. *See* TEX. R. APP. P. 35.3(c) (2012 amendment provides each extension of time to file a record in an accelerated appeal must not exceed 10 days).

/S/ Catherine Stone
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2012.

/s/ Keith E. Hottle
Keith E. Hottle, Clerk

ENTERED THIS 26TH DAY OF November, 2012.

VOL. _____ PAGE _____